CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAGAN N. BANSAL, in individual and representative capacity as trustee U/D/T March 11, 1998 FBO the Bansal Family; MADHU B. BANSAL, in individual and representative capacity as trustee U/D/T March 11, 1998 FBO the Bansal Family; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-CV-00768-SB-AFM<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Jagan N. Bansal, in individual and representative capacity as trustee U/D/T March 11, 1998 FBO the Bansal Family and Madhu B. Bansal, in individual and representative capacity as trustee U/D/T March 11, 1998 FBO the Bansal Family, have neither answered Plaintiff's Complaint,

nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: February 6, 2022  CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff